IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL WINFIELD,

      Plaintiff,                  No. CIV S-07-0828 LKK EFB P

      vs.

JOHN SULIVEN, et al.,

      Defendants.           ORDER

_____/

      Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. In the complaint, plaintiff names three defendants - John Suliven, Dr. White and Dr. Michael Jaffee. On May 25, 2007, plaintiff filed two separate notices of intent to voluntarily dismiss. The first states that plaintiff intends to dismiss with respect to "John Suliven, et al." The second states that he would like to dismiss with respect to defendant Dr. White, but not the other two defendants, John Suliven and Michael Jaffee. It appears that plaintiff does not want to dismiss this action in its entirety.

      A plaintiff may dismiss an action without a court order at any time before defendants serves an answer or motion for summary judgment. Fed. R. Civ. P. 41(a). Defendants have not been served with process, and thus they have not answered or moved for summary judgment.

////

1   Accordingly, the Clerk of the Court is directed to enter the voluntary dismissal of this
2 action with respect to defendant Dr. White only.
3   So ordered.
4 Dated:  July 9, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE