IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL WINFIELD,

      Plaintiff,                      No. CIV S-07-0828 LKK EFB  P

    vs.

JOHN SULIVEN, et al.,

      Defendants.          ORDER

_____/

      Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

      On February 11, 2008, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days.  Plaintiff has not filed objections to the findings and recommendations.[1]

---

[1] On February 11, 2008, plaintiff filed a document styled, "First Amended Complaint," in which he further alleges that he is allergic to all psychotropic medications.  But plaintiff does not allege, as explained in the magistrate judge's July 10, 2007, order, that defendant knows this fact yet continues to prescribe them to plaintiff thereby causing plaintiff harm that is not medically justifiable.  Thus, construed as objections or as an amended complaint, the February 11, 2008, document does not justify rejecting the findings and recommendations.

1

1    The court has reviewed the file and finds the findings and recommendations to be
2 supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY
3 ORDERED that:
4    1. The findings and recommendations filed February 11, 2008, are adopted in
5 full; and
6    2. This action is dismissed for plaintiff's failure to state a claim. *See* 28 U.S.C.
7 § 1915A; *see also Lopez v. Smith*, 203 F.3d 1122, 1128 (9th Cir. 2000) (indigent prisoner
8 proceeding without counsel must be given leave to file amended complaint unless the court can
9 rule out any possibility that the plaintiff could state a claim).
10 DATED: April 15, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2